# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Teresita Ramos,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Focus Receivables Management LLC,<br><br>　　　　Defendant. | No. CV-16-02855-PHX-ROS<br><br>**ORDER** |

Pursuant to the Parties' Stipulation for Dismissal with Prejudice and good cause appearing,

**IT IS ORDERED** the stipulation (Doc. 14) is **GRANTED**. This case is dismissed with prejudice and with each party to bear its own attorneys' fees and costs.

Dated this 1st day of February, 2017.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Roslyn O. Silver
　　　　　　　　　　　　　　　　　　　Senior United States District Judge